## Case No. 6,622.

### HOLLISTER v. LEFERN.

[Nowhere reported; opinion not now accessible.]